# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIANNE KOLLIEN,** **Plaintiff** | **No. 3:14cv1041** |
| v. | **(Judge Munley)** |
| **K-MART CORPORATION,** **Defendant** | |

## ORDER

**AND NOW**, to wit, this 17th day of August 2016, Defendant K-mart Corporation's motion for summary judgment (Doc. 21) is hereby **DENIED**.

**BY THE COURT:**

**s/ James M. Munley**

**JUDGE JAMES M. MUNLEY**
**United States District Court**