**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DIANNE KOLLIEN,** | : | **No. 3:14cv1041** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **KMART CORPORATION,** | : | |
| **Defendant** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## <u>ORDER</u>

**AND NOW**, to wit, this 21st day of October 2016, the defendant's motions in limine (Doc. 34) are **DENIED** in part and **GRANTED** in part as follows:

1) Defendant's motion in limine with regard to future medical expenses is **DENIED** and evidence of such expenses will be admissible at trial; and

2) Defendant's motion in limine to preclude lay testimony regarding plaintiff's medical diagnosis, causation, and/or prognoses is **GRANTED** as unopposed.  Plaintiff, herself, however, will be allowed to testify as to the facts of her injury to the extent that such facts are within her knowledge

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**